IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH EDWARD STARKEY, ) | CASE NO. 1-22-cv-002490-JRR |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| O.C. SEACRETS, INC., LOUIS B. ) | |
| LOMBARDO and JOHN DOES 1-3, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

NOW COMES the Plaintiff, Joseph E. Starkey, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, gives notice that the captioned matter, having been fully resolved, is voluntarily dismissed, with prejudice and without costs.

DATED:   November 1, 2022

RESPECTFULLY SUBMITTED,

By: _____
Joseph E. Starkey, Jr., Esq.
The Levicoff Law Firm, P.C.
4 PPG Place, Suite 200
Pittsburgh, PA 15222
(412) 434-5200
JStarkey@LevicoffLaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH EDWARD STARKEY, | CASE NO. 1-22-cv-002490-JRR |
| Plaintiff, | |
| v. | |
| O.C. SEACRETS, INC., LOUIS B. LOMBARDO and JOHN DOES 1-3, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I do hereby certify that on the date indicated below I served a true and correct copy of the foregoing *Notice of Voluntary Dismissal* upon the following in the manner indicated:

VIA EMAIL astephenson@fandpnet.com
Andrew T. Stephenson, Esq.
Franklin & Prokopik
The B&O Building
2 N. Charles St., Suite 600
Baltimore, MD 21201
*Counsel for Defendants*

DATED:   November 1, 2022

_____
Joseph E. Starkey, Jr.